UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP L. POOLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBIN W. ROBINSON, BENJAMIN ) <br> R. DAVID, and JOSH STEIN ) <br> ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:21-CV-77-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 5]. The court DISMISSES WITH PREJUDICE plaintiff's complaint for failure to state a claim upon which relief can be granted [D.E. 6].

**This Judgment Filed and Entered on May 19, 2023, and Copies To:**

Phillip L. Poole             (via CM/ECF electronic notification)

DATE: May 19, 2023                    PETER A. MOORE, JR., CLERK

                                                (By)   /s/ Stephanie Mann
                                                Deputy Clerk